

# Valex Amos, Jr. Law Office

Attorney at Law                    March 23, 2016

27th JDC St. Landry Parish Court               FACSIMILE (337)948-1653
Attn: Civil
P.O. Box 750
Opelousas, LA  70571
Baton Rouge, LA  70821

      RE:  Petition for Joseph Sostand        16 -C- 1107 -B

Please find enclosed for fax filing, Mr. Joseph Sostand's Petition for Damages.  Please notify my office to
confirm receipt and filing and notification of all actions in conjunction with the Petition for Damages.
The originals will be placed in the mail.  Should you have any questions, please contact my office.


                Sincerely,


                Valex Amos Jr.
                Attorney at Law

VA, Jr./lb
Enclosure (s)

**PERSONAL INJURY • WRONGFUL DEATH • CIVIL • AUTOMOBILE ACCIDENTS • WORKERS COMP • CRIMINAL**
*Striving to provide excellence in service*
2014 W PINHOOK RD. • SUITE 404 • LAFAYETTE, LA 70508
OFFICE: (337) 291-9115 • FAX (337) 291-1948 • Firm email: TheAmosLawFirm@cox-internet.com • VA, Jr. email: VamosJr@cox-internet.com



EXHIBIT

A

## Transmission Report

| Date/Time | 04–20–2016 | 11:03:50 a.m. | Transmit Header Text | |
|---|---|---|---|---|
| Local ID 1 | 337 948 7265 | | Local Name 1 | St Landry Parish Clerk of Court |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"



Total Pages Scanned : 1          Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 122 | 92911948 | 11:03:08 a.m. 04–20–2016 | 00:00:09 | 1/1 | 1 | EC | HS | CP28800 |

**Abbreviations:**

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

**LAW OFFICE OF VALEX AMOS JR.**
2014 W. Pinhook Road
Suite 404
Lafayette, LA 70508

3/23/2016

# Fax

03/24/16 08:10:10
St. Landry Parish Clerk of Court

| | |
|---|---|
| **To:** 27ᵗʰ JDC St. Landry Parish Court | |
| | **From: Laura with The Amos Law Office** |
| Attn: Civil Dept. | |
| | **Pages: ( 9 ) WITH COVER** |
| Fax: (337)948-1653 | |
| | **Fax:    337-291-1948** |
| Phone: | |
| | **Phone: 337-291-9115** |
| Re: Joseph Sostand Petition | |
| | **EMAIL:** theamoslawfirm@cox-internet.com |
| Cc: | |

Fax:
MESSAGE:  Please provide this office with a copy of the ER Physician's billing for treatment of Mr. Sostand with Opelousas General Hospital on March 27, 2015.  I have enclosed an authorization form for your records.

- [x] Urgent
- [ ] Please review
- [ ] Please comment
- [ ] For your records

MAR/23/2016/WED 04:10 PM                                                P. 002



# Valex Amos, Jr. Law Office

### Attorney at Law                    March 23, 2016

27th JDC St. Landry Parish Court              FACSIMILE (337)948-1653
Attn: Civil
P.O. Box 750
Opelousas, LA 70571
Baton Rouge, LA 70821

RE: Petition for Joseph Sostand

Please find enclosed for fax filing, Mr. Joseph Sostand's Petition for Damages. Please notify my office to confirm receipt and filing and notification of all actions in conjunction with the Petition for Damages. The originals will be placed in the mail. Should you have any questions, please contact my office.

Sincerely,

Valex Amos Jr.                    03/24/16 08:10:12
Attorney at Law                   St. Landry Parish Clerk of Court

VA, Jr./lb
Enclosure (s)

PERSONAL INJURY • WRONGFUL DEATH • CIVIL • AUTOMOBILE ACCIDENTS • WORKERS COMP • CRIMINAL
*Striving to provide excellence in service*
2014 W PINHOOK RD. • SUITE 404 • LAFAYETTE, LA 70508
OFFICE: (337) 291-9115 • FAX (337) 291-1948 • Firm email: TheAmosLawFirm@cox-internet.com • VA, Jr. email: VamosJr@cox-internet.com

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP,
OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER and ACE
AMERICAN INSURANCE
COMPANY, FAMILY DOLLAR STORES OF
LOUISIANA, INC. and XYZ
INSURANCE COMPANY

CIVIL DOCKET NO. 14C 1167 B

27TH JUDICIAL DISTRICT COURT

ST. LANDRY PARISH, LOUISIANA

## Petition for Damages

The petition of **JOSEPH KENNEDY SOSTAND**, an individual of legal age and a resident

and domiciliary of St. Landry Parish, Louisiana, respectfully represents:

1.

The following parties, made defendants in this suit, are indebted to plaintiff, jointly,

severally, and in solido for such damages as are reasonable in the premises, together with legal

interest thereon from the date of judicial demand until paid:

a. **Rolling Frito-Lay Sales, LP,** a foreign corporation authorized to do and doing business in the State of Louisiana with its principal place of business being at 7701 Legacy Drive, Plano, TX 75024, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

b. **Old Frito-Lay, Inc.,** a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal place of business being at 7701 Legacy Drive, Plano, TX 75024, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

c. **Lee Anthony Speyrer,** an individual of legal age and a resident of Louisiana.

d. **Ace American Insurance,** a foreign insurer authorized to do and doing business in the State of Louisiana with its principal place of business being at 1601 Chestnut St. Philadelphia, PA 19103.   Their telephone number is (215)640-1000.

e. **Family Dollar Stores of Louisiana, Inc.,** a foreign corporation authorized to do and doing business in the State of Louisiana with its principal place of business being at 500 Volvo Parkway, Chesapeake, VA 23320, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

f. **XYZ Insurance Company**

03/24/16 08:10:17
St. Landry Parish Clerk of Court

2.

At all times relative hereto, defendants, **ROLLING FRITO-LAY SALES, LP and OLD**

St. Landry Parish Clerk of Court's Office
Filed____3-23____20 16
_____
Dy. Clerk

1

9-1-16

Cassie Miller

**FRITO-LAY, INC.,** hereinafter referred to as Frito-Lay is the owner and operator of a Frito-Lay business domicile at 7701 Legacy Drive, Plano, Texas and its employee, **LEE ANTHONY SPEYRER.**

3.

At all times relative hereto, defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC.,** was the owner and operator of store located in Lawtell, Louisiana, St. Landry Parish.

4.

On or about March 27, 2015, the plaintiff, **JOSEPH KENNEDY SOSTAND,** was a customer who was shopping at **FAMILY DOLLAR STORES OF LOUISIANA, INC.** #11404 located at 10251 Prejean Hwy Lawtell, St. Landry Parish, Louisiana for snacks for his grandchildren.

5.

At all times relative hereto, defendant, **FAMILY DOLLAR STORES OF LOUISIANA** #11404, was operating a store in Lawtell, Louisiana, open to the public and to which the defendant solicited the public's business and plaintiff was in the defendant's store shopping as referred to in Paragraph "4" above.

6.

On that day, plaintiff, **JOSEPH KENNEDY SOSTAND** after locating his purchases down one of the aisles, he proceeded towards the check-out register, when suddenly without warning he was struck on his left side knee by a weighted freight cart filled with products being pushed by **LEE ANTHONY SPEYRER,** an employee for **FRITO-LAY.** The force of the impact caused **JOSEPH KENNEDY SOSTAND** to stumble and fall to both knees injuring his legs, knees, and suffering other injuries due to the fall.

7.

Due to inattention and carelessness of **LEE ANTHONY SPEYRER** the employee of **FRITO-LAY, JOSEPH KENNEDY SOSTAND** suffered injuries to his left side/knee with the freight cart.

8.

**JOSEPH KENNEY SOSTAND,** believes this condition was created by **LEE**

2

ANTHONY SPEYRER the employee of FRITO-LAY while at FAMILY DOLLAR STORES OF LOUISIANA, INC. for his failure to see the customer and striking customer with a freight cart.

### 9.

Family Dollar Stores of Louisiana is also liable because it failed to warn the customers re-stocking of store shelves were in progress and to be on the look-out for moving carts.

### 10.

Defendants' owes a duty to protect its customers from foreseeable conditions which they know can be hazardous, i.e. moving freight carts down the aisle.

### 11.

The accident was caused solely by the fault and negligence of said defendants, FRITO-LAY and LEE ANTHONY SPEYRER while in the course and scope of his employment for FRITO-LAY; and FAMILY DOLLAR STORES OF LOUISIANA, INC., in the following non-exclusive particulars:

a. Failure to take reasonable precautionary measures to prevent the accident;
b. Failure to keep a proper look out for customers while they shop, i.e. excessive force with freight cart;
c. Strict liability for an unreasonably dangerous condition that is having actual or constructive knowledge and/or notice of an unreasonably dangerous condition, i.e., the freight cart, and failing to warn of or remedy said condition;
d. Failure to take necessary precautions to insure the safety of the public including the plaintiff, JOSEPH KENNEDY SOSTAND;
e. Failure to warn of a dangerous condition of which it had full knowledge;
f. For all other acts and omissions shown at trial hereof.

### 12.

The defendants, FRITO-LAY, LEE ANTHONY SPEYRER AND FAMILY DOLLAR STORES OF LOUISIANA, INC., are solely liable In Solito for the dangerous condition which presented an unreasonable risk of harm to the plaintiff, JOSEPH KENNEDY SOSTAND.

### 13.

As a result of this accident, plaintiff, JOSEPH KENNEDY SOSTAND, suffered injuries to his legs, left knee, right knee, and other injuries.

### 14.

Because of the accident, plaintiff avers that the above described injuries and damages

3

resulting to plaintiff were caused solely and entirely by the negligence of the defendants, **FRITO-LAY, LEE ANTHONY SPEYRER AND FAMILY DOLLAR STORES OF LOUISIANA, INC.,** and that because of these injuries he has been damaged as follows:

**JOSEPH KENNEDY SOSTAND:**

    a.    Past, present, and future medical expenses;
    b.    Past, present and future pain and suffering;
    c.    Past, present, and future mental anguish;
    d.    Bodily injury, permanent disability, & disfigurement;
    e.    Loss of enjoyment of life.

**15.**

Petitioner is entitled to the respective damages itemized above and defendants are indebted to petitioner for those damages jointly, severally, and in solido as a result of the above alleged facts.

**16.**

Prior to this accident, the defendant, **ACE AMERICAN INSURANCE COMPANY** issued to **ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC AND LEE ANTHONY SPEYRER** a policy of liability insurance which was in full force and effect at the time of this accident and which provides coverage for the damages suffered and sued upon by the plaintiff herein.

**17.**

Prior to this accident, the defendant, **XYZ INSURANCE COMPANY** issued to **FAMILY DOLLAR STORES OF LOUISIANA, INC.** a policy of liability insurance which was in full force and effect at the time of this accident and which provides coverage for the damages suffered and sued upon by the plaintiff herein.

**WHEREFORE, Plaintiff prays:**

    I.    That a copy of this petition be served on the defendants, **ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC, LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY** and **FAMILY DOLLAR STORES OF LOUISIANA, INC. AND XYZ INSURANCE COMPANY** and that they be cited to answer thereto and after all due proceedings had, there be judgment in favor of the petitioner, **JOSEPH**

4

KENNEDY SOSTAND and against the defendants, ROLLING

FRITO-LAY SALES, LP, OLD FRITO LAY, INC, LEE

ANTHONY SPEYRER AND ACE AMERICAN INSURANCE

COMPANY and FAMILY DOLLAR STORES OF

LOUISIANA, INC. AND XYZ INSURANCE COMPANY,

jointly, severally, and in solido, for such damages as are reasonable

in the premises, together with legal interest thereon from the date of

judicial demand until paid and for all costs of this suit.

II.     For all orders necessary, general and equitable relief.

RESPECTFULLY SUBMITTED,

BY: _____
VALEX AMOS, JR.
ATTORNEY FOR PLAINTIFF
2014 W. PINHOOK ROAD, SUITE 404
LAFAYETTE, LA 70508
LA BAR ROLL: #24009
TELEPHONE: (337) 291-9115
FAX: (337) 291-1948
theamoslawfirm@cox-internet.com

PLEASE HOLD SERVICE ON ALL NAMED DEFENDANTS AT THIS TIME:
The defendant,

ROLLING FRITO-LAY SALES, LP
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

OLD FRITO- LAY, INC.
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

LEE ANTHONY SPEYRER

ACE AMERICAN INSURANCE COMPANY
through its registered agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA  70809

5

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**XYZ INSURANCE COMPANY**

| | |
|---|---|
| JOSEPH KENNEDY SOSTAND | CIVIL DOCKET NO._____ |
| VERSUS | 27TH JUDICIAL DISTRICT COURT |
| ROLLING FRITO-LAY SALES, LP AND JOHN DOE and ABC INSURANCE COMPANY, FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY | ST. LANDRY PARISH, LOUISIANA |

## REQUEST FOR NOTICE OF TRIAL

TO THE CLERK OF COURT OF THE PARISH OF ST. LANDRY, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that VALEX AMOS, JR., Attorney for Plaintiff, JOSEPH KENNEDY SOSTAND, do hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgment, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the court, as provided in Louisiana Code of Civil Procedure of 1980, particularly Articles 1572, 1913, and 1914.

**RESPECTFULLY SUBMITTED,**

BY: _____
VALEX AMOS, JR.
ATTORNEY FOR PLAINTIFF
2014 W. PINHOOK ROAD, SUITE 404
LAFAYETTE, LA 70508
LA BAR ROLL: #24009
TELEPHONE: (337) 291-9115
FAX: (337) 291-1948
theamoslawfirm@cox-internet.com

St. Landry Parish Clerk Of Court's Office
Filed 3-23-16
Dy. Clerk

7

OPELOUSAS, LOUISIANA 9-1 16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of court of St. Landry Parish.

Cassie Miller
Deputy Clerk of Court

**CHARLES JAGNEAUX**
**ST. LANDRY PARISH CLERK OF COURT**
**P.O. BOX 750**
**118 SOUTH COURT STREET**
**BASEMENT FLOOR-COURTHOUSE BLDG., SUITE 11**
**OPELOUSAS, LA 70570**
**OFFICE PHONE: (337) 942-5606**
**FAX NO. (337) 948-1653**
**CIVIL & CRIMINAL DIVISION**

**CHARLES JAGNEAUX**
**CLERK OF COURT**

**LISA DOYLE**
**CHIEF DEPUTY**

**RECEIPT OF FACSIMILE TRANSMISSION**

DATE FAX PLEADING RECEIVED: _3-23-16_

CASE NAME & DOCKET NUMBER: _Joseph Kennedy Sostand_

VS. NO.: _16C 1167 B_

_Rolling Frito-Lay Sales_

DESCRIPTION OF PLEADING: _Petition for Damages_

FILED ON BEHALF OF: _Joseph Kennedy Sostand_

ATTORNEY SIGNING PLEADING: _Valex Amos Jr._

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per ACT NO. 463 of 1991.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $15.00 transmission fee; $5.00 fee for this receipt; $6.00 for first page of Fax, and $4.00 for each Subsequent Page, the correct filing fee to cover the cost of filing and recording the facsimile as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

_Abbie Prudhomme_
Deputy Clerk of Court

RECEIPT FAXED TO NUMBER: _291-1948_

AMOUNT DUE: _$428.00 (cost without service)_

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 03-24-2016 | 08:24:26 a.m. | Transmit Header Text | |
| Local ID 1 | 337 948 7265 | | Local Name 1 | St Landry Parish Clerk of Court |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

---

**CHARLES JAGNEAUX**
**ST. LANDRY PARISH CLERK OF COURT**
**P.O. BOX 750**
**118 SOUTH COURT STREET**
**BASEMENT FLOOR-COURTHOUSE BLDG., SUITE 11**
**OPELOUSAS, LA 70570**
**OFFICE PHONE: (337) 942-5606**
**FAX NO. (337) 948-1653**
**CIVIL & CRIMINAL DIVISION**

CHARLES JAGNEAUX                                    LISA DOYLE
CLERK OF COURT                                      CHIEF DEPUTY

RECEIPT OF FACSIMILE TRANSMISSION

DATE FAX PLEADING RECEIVED: 3-03-16

CASE NAME & DOCKET NUMBER: Joseph Kennedy Vosland
vs. no.: 16C 1169 B
Rolling Frito-Lay Sales

DESCRIPTION OF PLEADING: Petition for Damages

FILED ON BEHALF OF: Joseph Kennedy Vosland

ATTORNEY SIGNING PLEADING: Valex James Jr.

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per ACT NO. 463 of 1991.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $15.00 transmission fee; $5.00 fee for this receipt; $6.00 for first page of fax, and $4.50 for each Subsequent Page, the correct filing fee to cover the cost of filing and recording the facsimile as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

Addie Prudhomme
Deputy Clerk of Court

RECEIPT FAXED TO NUMBER: 291-1948

AMOUNT DUE: $428.50 (cost without service)

---

**Total Pages Scanned : 1          Total Pages Confirmed : 1**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 161 | 92911948 | 08:19:38 a.m. 03-24-2016 | 00:00:34 | 1/1 | 1 | EC | HS | CP14400 |

**Abbreviations:**

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

St Landry Parish

Daily Log Receipt

Date: 04/20/2016     Time: 10:23:27

Suit No. 161167

JOSEPH KENNEDY SOSTAND

vs

ROLLING FRITO LAY SALES ETAL

Date: 03/28/2016     Check No: 2935

Amount: $428.00

**Comments:**
PETITION FOR DAMAGES

**Remitted By:**
VALEX AMOS JR APLC

**Deputy Clerk**

JOSEPH KENNEDY SOSTAND

CIVIL DOCKET NO. 16-C-1167-B

VERSUS

27TH JUDICIAL DISTRICT COURT

ROLLING FRITO-LAY SALES, LP,
OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER and ACE
AMERICAN INSURANCE
COMPANY, FAMILY DOLLAR STORES OF
LOUISIANA, INC. and XYZ
INSURANCE COMPANY

ST. LANDRY PARISH, LOUISIANA

## Petition for Damages

The petition of **JOSEPH KENNEDY SOSTAND**, an individual of legal age and a resident

and domiciliary of St. Landry Parish, Louisiana, respectfully represents:

### 1.

The following parties, made defendants in this suit, are indebted to plaintiff, jointly,

severally, and in solido for such damages as are reasonable in the premises, together with legal

interest thereon from the date of judicial demand until paid:

a. **Rolling Frito-Lay Sales, LP**, a foreign corporation authorized to do and doing business in the State of Louisiana with its principal place of business being at 7701 Legacy Drive, Plano, TX 75024, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

b. **Old Frito-Lay, Inc.**, a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal place of business being at 7701 Legacy Drive, Plano, TX 75024, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

c. **Lee Anthony Speyrer**, an individual of legal age and a resident of Louisiana.

d. **Ace American Insurance**, a foreign insurer authorized to do and doing business in the State of Louisiana with its principal place of business being at 1601 Chestnut St. Philadelphia, PA 19103. Their telephone number is (215)640-1000.

e. **Family Dollar Stores of Louisiana, Inc.**, a foreign corporation authorized to do and doing business in the State of Louisiana with its principal place of business being at 500 Volvo Parkway, Chesapeake, VA 23320, which may be served through its agent for Service of Process, CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

f. **XYZ Insurance Company**

### 2.

At all times relative hereto, defendants, **ROLLING FRITO-LAY SALES, LP and OLD**

1

St. Landry Parish Clerk of Court's Office

Filed _March 28, 2016_

_____
By: Clerk

9-1-16

OFFICIAL COPY, LOUISIANA
I hereby certify that the above is a true
and correct copy of the original on file in the
office of Clerk of Court of St. Landry Parish.

_Cassie Miller_
Deputy Clerk of Court

**FRITO-LAY, INC., hereinafter referred to as Frito-Lay** is the owner and operator of a Frito-Lay business domicile at 7701 Legacy Drive, Plano, Texas and its employee, **LEE ANTHONY SPEYRER.**

**3.**

At all times relative hereto, defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC.,** was the owner and operator of store located in Lawtell, Louisiana, St. Landry Parish.

**4.**

On or about March 27, 2015, the plaintiff, **JOSEPH KENNEDY SOSTAND,** was a customer who was shopping at **FAMILY DOLLAR STORES OF LOUISIANA, INC.** #11404 located at 10251 Prejean Hwy Lawtell, St. Landry Parish, Louisiana for snacks for his grandchildren.

**5.**

At all times relative hereto, defendant, **FAMILY DOLLAR STORES OF LOUISIANA #11404,** was operating a store in Lawtell, Louisiana, open to the public and to which the defendant solicited the public's business and plaintiff was in the defendant's store shopping as referred to in Paragraph "4" above.

**6.**

On that day, plaintiff, **JOSEPH KENNEDY SOSTAND** after locating his purchases down one of the aisles, he proceeded towards the check-out register, when suddenly without warning he was struck on his left side knee by a weighted freight cart filled with products being pushed by **LEE ANTHONY SPEYRER,** an employee for **FRITO-LAY.** The force of the impact caused **JOSEPH KENNEDY SOSTAND** to stumble and fall to both knees injuring his legs, knees, and suffering other injuries due to the fall.

**7.**

Due to inattention and carelessness of **LEE ANTHONY SPEYRER** the employee of **FRITO-LAY, JOSEPH KENNEDY SOSTAND** suffered injuries to his left side/knee with the freight cart.

**8.**

**JOSEPH KENNEY SOSTAND,** believes this condition was created by **LEE**

2

ANTHONY SPEYRER the employee of **FRITO-LAY** while at **FAMILY DOLLAR STORES OF LOUISIANA, INC.** for his failure to see the customer and striking customer with a freight cart.

### 9.

Family Dollar Stores of Louisiana is also liable because it failed to warn the customers re-stocking of store shelves were in progress and to be on the look-out for moving carts.

### 10.

Defendants' owes a duty to protect its customers from foreseeable conditions which they know can be hazardous, i.e. moving freight carts down the aisle.

### 11.

The accident was caused solely by the fault and negligence of said defendants, **FRITO-LAY and LEE ANTHONY SPEYRER** while in the course and scope of his employment for **FRITO-LAY; and FAMILY DOLLAR STORES OF LOUISIANA, INC.,** in the following non-exclusive particulars:

a.  Failure to take reasonable precautionary measures to prevent the accident;
b.  Failure to keep a proper look out for customers while they shop, i.e. excessive force with freight cart;
c.  Strict liability for an unreasonably dangerous condition that is having actual or constructive knowledge and/or notice of an unreasonably dangerous condition, i.e., the freight cart, and failing to warn of or remedy said condition;
d.  Failure to take necessary precautions to insure the safety of the public including the plaintiff, **JOSEPH KENNEDY SOSTAND;**
e.  Failure to warn of a dangerous condition of which it had full knowledge;
f.  For all other acts and omissions shown at trial hereof.

### 12.

The defendants, **FRITO-LAY, LEE ANTHONY SPEYRER AND FAMILY DOLLAR STORES OF LOUISIANA, INC.,** are solely liable In Solito for the dangerous condition which presented an unreasonable risk of harm to the plaintiff, **JOSEPH KENNEDY SOSTAND.**

### 13.

As a result of this accident, plaintiff, **JOSEPH KENNEDY SOSTAND,** suffered injuries to his legs, left knee, right knee, and other injuries.

### 14.

Because of the accident, plaintiff avers that the above described injuries and damages

3

resulting to plaintiff were caused solely and entirely by the negligence of the defendants, **FRITO-LAY, LEE ANTHONY SPEYRER AND FAMILY DOLLAR STORES OF LOUISIANA, INC.**, and that because of these injuries he has been damaged as follows:

**JOSEPH KENNEDY SOSTAND:**

a.  Past, present, and future medical expenses;
b.  Past, present and future pain and suffering;
c.  Past, present, and future mental anguish,
d.  Bodily injury, permanent disability, & disfigurement;
e.  Loss of enjoyment of life.

**15.**

Petitioner is entitled to the respective damages itemized above and defendants are indebted to petitioner for those damages jointly, severally, and in solido as a result of the above alleged facts.

**16.**

Prior to this accident, the defendant, **ACE AMERICAN INSURANCE COMPANY** issued to **ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC AND LEE ANTHONY SPEYRER** a policy of liability insurance which was in full force and effect at the time of this accident and which provides coverage for the damages suffered and sued upon by the plaintiff herein.

**17.**

Prior to this accident, the defendant, **XYZ INSURANCE COMPANY** issued to **FAMILY DOLLAR STORES OF LOUISIANA, INC.** a policy of liability insurance which was in full force and effect at the time of this accident and which provides coverage for the damages suffered and sued upon by the plaintiff herein.

**WHEREFORE,** Plaintiff prays:

I.   That a copy of this petition be served on the defendants, **ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC, LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY** and **FAMILY DOLLAR STORES OF LOUISIANA, INC. AND XYZ INSURANCE COMPANY** and that they be cited to answer thereto and after all due proceedings had, there be judgment in favor of the petitioner, **JOSEPH**

4

KENNEDY SOSTAND and against the defendants, **ROLLING FRITO-LAY SALES, LP, OLD FRITO LAY, INC, LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY** and **FAMILY DOLLAR STORES OF LOUISIANA, INC. AND XYZ INSURANCE COMPANY,** jointly, severally, and in solido, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs of this suit.

II.     For all orders necessary, general and equitable relief.

**RESPECTFULLY SUBMITTED,**

BY: _____

VALEX AMOS, JR.
ATTORNEY FOR PLAINTIFF
2014 W. PINHOOK ROAD, SUITE 404
LAFAYETTE, LA 70508
LA BAR ROLL: #24009
TELEPHONE: (337) 291-9115
FAX: (337) 291-1948
theamoslawfirm@cox-internet.com

**PLEASE HOLD SERVICE ON ALL NAMED DEFENDANTS AT THIS TIME:**
The defendant,

**ROLLING FRITO-LAY SALES, LP**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**OLD FRITO- LAY, INC.**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

**LEE ANTHONY SPEYRER**

**ACE AMERICAN INSURANCE COMPANY**
through its registered agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA  70809

5



OPELOUSAS, LOUISIANA  9-1  20 16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.

Cassie Miller
Deputy Clerk of Court

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**XYZ INSURANCE COMPANY**

6

JOSEPH KENNEDY SOSTAND                  CIVIL DOCKET NO. 16C1167B

VERSUS                                  27TH JUDICIAL DISTRICT COURT

ROLLING FRITO-LAY SALES, LP
AND JOHN DOE and ABC INSURANCE
COMPANY, FAMILY DOLLAR STORES OF
LOUISIANA, INC. and XYZ
INSURANCE COMPANY                       ST. LANDRY PARISH, LOUISIANA

## REQUEST FOR NOTICE OF TRIAL

TO THE **CLERK OF COURT** OF THE **PARISH** OF **ST. LANDRY**, STATE OF

**LOUISIANA:**

PLEASE TAKE NOTICE that VALEX AMOS, JR., **Attorney for Plaintiff, JOSEPH**

**KENNEDY SOSTAND,** do hereby request written notice of the date of trial of the above matter,

as well as notice of hearings (whether on merits or otherwise), orders, judgment, and interlocutory

decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the

court, as provided in Louisiana Code of Civil Procedure of 1980, particularly Articles 1572, 1913,

and 1914.

**RESPECTFULLY SUBMITTED,**

BY: _____
VALEX AMOS, JR.
ATTORNEY FOR PLAINTIFF
2014 W. PINHOOK ROAD, SUITE 404
LAFAYETTE, LA 70508
LA BAR ROLL: #24009
TELEPHONE: (337) 291-9115
FAX: (337) 291-1948
theamoslawfirm@cox-internet.com

St. Landry Parish Clerk Of Court's Office
Filed 5-26 20 16
_____
by Clerk

7



CHURCHES, LOUISIANA _____ 20 ___
ABOVE DAY OF _____, the above is a true
_____ from the records of the Clerk in the
_____ office.

9-1  16

Cassie Miller

_____
Deputy Clerk of Court



# Valex Amos, Jr. Law Office

### Attorney at Law

June 1, 2016

27ᵗʰ JDC St. Landry Parish Clerk of Court
Attn: Civil Dept
P.O. Box 750
Opelousas, LA 70571-0750

RE:  Joseph Sostand
    VS:
    Rolling Frito-Lay Sales, LP, Old Frito-Lay, INC., Lee Anthony Speyrer and Ace
    American Insurance Company, Family Dollar Stores of Louisiana, INC., and XYZ
    Insurance Company
    Docket No: 16C 1167 B

06/02/16 10:53:56
St. Landry Parish Clerk of Court

Dear Clerk:

    We recently filed suit in this matter and asked that service be held on all defendants until further notice. I ask that you have service of the Petition for Damages with citation be made on all defendants in this matter. Please refer to the attachments. I have already sent a check in the amount of $428.00 to cover the associated filing fees. I also ask that you please notify me of the date and type of service made on all defendants. Should you have any questions, please call.

    Thanking you for your kind professional courtesies and extending my own, I remain

Most sincerely,

Valex Amos, Jr.
Attorney at Law

VA,JR./lb

Enclosure (s)

---

**PERSONAL INJURY • WRONGFUL DEATH • CIVIL • AUTOMOBILE ACCIDENTS • WORKERS COMP • CRIMINAL**
*Striving to provide excellence in service*
2014 W PINHOOK RD. • SUITE 404 • LAFAYETTE, LA 70508
OFFICE: (337) 291-9115 • FAX (337) 291-1948 • Firm email: TheAmosLawFirm@cox-internet.com • VA, Jr. email: VamosJr@cox-internet.com

**ATTACHMENT**

June 1, 2016

RE: Joseph Sostand Vs: Rolling Frito-Lay Sales, LP,  Et Al
      Docket No: 16C 1167 B

Dear Clerk:

Please Serve all defendants in the above listed case with Petition for Damages.

**ROLLING FRITO-LAY SALES, LP**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**OLD FRITO- LAY, INC.**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

**LEE ANTHONY SPEYRER**
3320 Floyd Ave.
Mamou, LA  70554

**ACE AMERICAN INSURANCE COMPANY**
through its registered agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA  70809

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**
through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**<u>XYZ INSURANCE COMPANY</u>**

Thanking you for your kind professional courtesies and extending my own, I remain

VA,JR./lb

Enclosure (s)

# CITATION
## STATE OF LOUISIANA

| | |
|---|---|
| JOSEPH KENNEDY SOSTAND | 27ᵗʰ JUDICIAL DISTRICT COURT |
| vs | PARISH OF ST. LANDRY |
| ROLLING FRITO LAY SALES ETAL | CIVIL NO. C-161167B |

TO THE DEFENDANT ROLLING FRITO-LAY SALES, LP. THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA 70816

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this ___28TH___ day of___MARCH_____, A. D. 2016.

Issued and delivered___JUNE 6, 2016____

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR. ____

9-1 16

Cassie Miller

**CITATION**
**STATE OF LOUISIANA**

| | |
|---|---|
| JOSEPH KENNEDY SOSTAND | 27th JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST. LANDRY |
| ROLLING FRITO LAY SALES ETAL | CIVIL NO. C-161167B |

TO THE DEFENDANT OLD FRITO-LAY, INC. THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA. 70816

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this ___28TH___ day of___MARCH___, A. D. 2016.

Issued and delivered ___JUNE 6, 2016___

_(signature)_
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR

## CITATION
### STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

vs

ROLLING FRITO LAY SALES ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT  LEE ANTHONY SPEYRER 3320 FLOYD AVE. MAMOU, LA 70554

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __28TH__ day of__MARCH__, A. D. 2016.

Issued and delivered__JUNE 6, 2016__

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR.

OPELOUSAS, LOUISIANA ____ 20__
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.

9-1 16

Cassie Miller
Deputy Clerk of Court

# CITATION
## STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

VS

ROLLING FRITO LAY SALES
ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT  ACE AMERICAN INSURANCE COMPANY, THROUGH ITS
REGISTERED AGENT: LOUISIANA SECRETARY OF STATE. 8585 ARCHIVES AVE.
BATON ROUGE, LA. 70809

You are hereby summoned to comply with the demand
contained in the petition/of which a true and correct copy
(exclusive of exhibits) accompanies this citation, or make
an appearance, either by filing a pleading or otherwise, in
the 27th Judicial District Court in and for the Parish of
St. Landry, State of Louisiana, within fifteen (15) days
after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this   28TH
day of  MARCH  , A. D. 2016.

Issued and delivered  JUNE 6, 2016

_____
Deputy Clerk of Court

REQUESTED BY:  VALEX AMOS, JR.

## CITATION
### STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

vs

ROLLING FRITO LAY SALES ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT FAMILY DOLLAR STORES OF LOUISIANA, INC. THROUGH ITS REGISTERED AGENT: CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA 70816

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this  28TH  day of  MARCH , A. D. 2016.

Issued and delivered  JUNE 6, 2016 

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR. 

9-1 16

CERTIFIED TRUE, LOUISIANA
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.

Cassie Miller
Deputy Clerk of Court

**INVOICE**

**Pay To:**

**Eddie Soileau**
Evangeline Parish Sheriffs Office
200 Court Street, Courthouse Building
Ville Platte, LA  70586

**ST. LANDRY PARISH CLERK OF COURT**
P.O. BOX 750
OPELOUSAS, LA 70570

| PARISH  35 | Charge | Paid | UnPaid |
|---|---|---|---|
| SUIT NO. 161167 JOSEPH KENNEDY SOSTAND VS ROLLING FRITO LAY SALED ETAL | | | |
| 0218 CITATION & SUMMONS | 35.30 | 0.00 | 35.30 |
| DOMICILIARY TO LEE ANTHONY SPEYER  ON 06/13/2016 BY 16 VIDRINE | | | |
| JOSEPH KENNEDY SOSTAND VS ROLLING FRITO LAY SALED ETAL | | | |

*** TOTAL DUE THIS INVOICE ***        35.30

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

$35.80

# CITATION
## STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

vs

ROLLING FRITO LAY SALES
ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT  LEE ANTHONY SPEYRER 3320 FLOYD AVE. MAMOU, LA 70554

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this  28TH day of  MARCH  , A. D. 2016.

Issued and delivered  JUNE 6, 2016

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR.

RETURNED AND FILED: 6/23/16

Deputy Clerk of Court

EVANGELINE PARISH SHERIFF'S OFFICE

DATE SERVED 13 - June 16
SERVED
PERS
DOM
D
UNABLE TO
OTHER REASON FOR U
COST SERVICE      MILEAGE      TOTAL
DEPUTY Kerry Fitan $ EP 106
30-M

9-1 16

Cassie Miller



# CITATION
## STATE OF LOUISIANA

| | |
|---|---|
| JOSEPH KENNEDY SOSTAND | 27th JUDICIAL DISTRICT COURT |
| vs | PARISH OF ST. LANDRY |
| ROLLING FRITO LAY SALES ETAL | CIVIL NO. C-161167B |

**TO THE DEFENDANT ROLLING FRITO-LAY SALES, LP. THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA 70816**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this ___28TH___ day of ___MARCH___, A. D. 2016.

Issued and delivered ___JUNE 6, 2016___

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR.

I made service on the named party through the CT Corporation

JUN 15 2016
by tendering a copy of this document to
☐ Jeannine Beauregard   ☑ Brenna Beauregard
☐ Allison Reed
DEPUTY CLINE BRELAND
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED 6/24/16
Deputy Clerk of Court

9-1-16
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.

Cassie Miller
Deputy Clerk of Court

# CITATION
## STATE OF LOUISIANA

| | |
|---|---|
| JOSEPH KENNEDY SOSTAND | 27th JUDICIAL DISTRICT COURT |
| vs | PARISH OF ST. LANDRY |
| ROLLING FRITO LAY SALES ETAL | CIVIL NO. C-161167B |

**TO THE DEFENDANT FAMILY DOLLAR STORES OF LOUISIANA, INC. THROUGH ITS REGISTERED AGENT: CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA 70816**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __28TH__ day of __MARCH__, A. D. 2016.

Issued and delivered __JUNE 6, 2016__

_____
Deputy Clerk of Court

**REQUESTED BY: VALEX AMOS, JR.**

I made service on the named party through the CT Corporation

JUN 15 2016

by tendering a copy of this document to
☐ Jeannine Beauregard   ☑ Brenna Beauregard
☐ Allison Reed

**DEPUTY CLINE BRELAND**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED __6/24/16__
_____
Deputy Clerk of Court

9-1-16

This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.

_Cassie Miller_
Deputy Clerk of Court

OK

# CITATION
## STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

VS

ROLLING FRITO LAY SALES
ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT  ACE AMERICAN INSURANCE COMPANY, THROUGH ITS
REGISTERED AGENT: LOUISIANA SECRETARY OF STATE. 8585 ARCHIVES AVE.
BATON ROUGE, LA. 70809

You are hereby summoned to comply with the demand

contained in the petition/of which a true and correct copy

(exclusive of exhibits) accompanies this citation, or make

an appearance,either by filing a pleading or otherwise, in

the 27th Judicial District Court in and for the Parish of

St. Landry, State of Louisiana, within fifteen (15) days

after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this   28TH

day of   MARCH   , A. D. 2016.

Issued and delivered  JUNE 6, 2016

_Paul Savage_
Deputy Clerk of Court

REQUESTED BY:  VALEX AMOS, JR.

I made service on the named party through the

Office of the Secretary of State on

**JUN 16 2016**

by tendering a copy of this document to

**ANGIE GILL**

DY. B. JAMES #0283

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED: 6/21/16
_Christ Seely_
Deputy Clerk of Court

9-1-16

_Cassie Miller_
Deputy Clerk of Court



## CITATION
### STATE OF LOUISIANA

JOSEPH KENNEDY SOSTAND

vs

ROLLING FRITO LAY SALES ETAL

27TH JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-161167B

TO THE DEFENDANT OLD FRITO-LAY, INC. THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM 3867 PLAZA TOWER DR. BATON ROUGE, LA. 70816

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this   28TH   day of    MARCH    , A. D. 2016.

Issued and delivered   JUNE 6, 2016   

_____
Deputy Clerk of Court

REQUESTED BY: VALEX AMOS, JR   

I made service on the named party through the
CT Corporation

JUN 17 2016

by tendering a copy of this document to
☐ Jeannine Beauregard    ☑ Brenna Beauregard
☐ Allison Reed

DEPUTY CLINE BRELAND
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED 6/27/16
_____
Deputy Clerk of Court

9-1  16

Cassie Miller

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time<br>Local ID 1 | 06-29-2016<br>337 948 7265 | 12:14:52 p.m. | Transmit Header Text<br>Local Name 1 | St Landry Parish Clerk of Court |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

**CHARLES JAGNEAUX**
**ST. LANDRY PARISH-CLERK OF COURT**
**P. O. BOX 750**
**OPELOUSAS, LA 70570**

PHONE: (337)942-5606                    FAX: (337)948-1653

Joseph Jostard
                    vs
Rolling - Frito-Lay Sales

DOCKET NO. 16C11678

1ST OF  2   PAGES (including cover page)

FROM:  Abbie Prudhomme

TO:  Jack R. Truitt

FAX NO:  (985) 327-5252

FAXED PLEADING:  Mo ext of time ; request for notice
                    COST: $23.00

ORIGINAL PLEADINGS:  Same
                    COST: $25.00

                    TOTAL COST: $48.00

COMMENTS: _____

**Total Pages Scanned : 2          Total Pages Confirmed : 2**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 654 | 985 327 5252 | 12:13:46 p.m. 06-29-2016 | 00:00:28 | 2/2 | 1. | EC | HS | CP28800 |

**Abbreviations:**

| | | | |
|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

# CHARLES JAGNEAUX
## ST. LANDRY PARISH-CLERK OF COURT
## P. O. BOX 750
## OPELOUSAS, LA 70570

PHONE: (337)942-5606                    FAX: (337)948-1653

Joseph Jostand
VS
Rolling-Frito-Lay Sales

DOCKET NO. 16C1167 B

1st OF __2__ PAGES (Including cover page)

FROM: Abbie Prudhomme

TO: Jack C Truitt

FAX NO: (985) 327-5252

FAXED PLEADING: M/o ext of time ; request for notice
_____ COST: $23.00

ORIGINAL PLEADINGS: Same
_____ COST: $25.00

TOTAL COST: $48.00

COMMENTS:_____
_____
_____

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

**TELEPHONE:**
(985) 327-5266

**FACSIMILE:**
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

June 28, 2016

WRITER'S E-MAIL:
btruitt@truittlaw.com

*Via Facsimile (337) 948-1653 and*
*Regular U.S. Mail*
Clerk of Court
27th Judicial District Court
P.O. Box 750
Opelousas, Louisiana 70571-0750

      RE:   Joseph Kennedy Sostand
             vs. Family Dollar Stores of Louisiana, Inc.
             27th JDC, Docket No.:16-C1167, "B"
             Our file No. 13-07216
             Claim No.:301537131760001
             DOL: 3/27/2015

Dear Clerk:

    Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation. Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

    We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

    We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

               With kindest regards,

               JACK E. TRUITT

JET/blm
Enclosures
cc: Valex Amos, Jr., Esq. *(Via Facsimile Transmission (337) 291-1948 w/encl.)*

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167

DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER, AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____        _____
                                           DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., and respectfully moves this Honorable Court for an extension of time of thirty

(30) days to file responsive pleadings.  Mover respectfully represents that no previous extensions

have been requested, and there are no objections to same in the record of this matter.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
RYAN D. KELLEY, BAR NO. 32527
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on June 28, 2016.

St. Landry Parish Clerk of Court's Office
Filed  6-28  20 16
         Cassie Miller
         Dy. Clerk

9-1  16

Cassie Miller

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167

DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER, AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED: _____          _____
                                                DEPUTY CLERK

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, Family Dollar Stores of Louisiana, Inc., is

granted an additional thirty (30) days time or until the _____ day of _____, 2016,

to file responsive pleadings in the above entitled and numbered matter.

Opelousas, Louisiana, this _____ day of _____, 2016.

_____
        **THE HONORABLE A. GERALD CASWELL**

St. Landry Parish Clerk of Court's Office
Filed _6 - 28_ 20_16_
_Cassie Miller_
Dy. Clerk

9-1-16
_Cassie Miller_

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167                                                    DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                                    DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., and respectfully requests written notice of the date of trial, as well as written

notice of each rendition by the Court of any judgment, and/or interlocutory order entered in the above

entitled and numbered case pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil

Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
RYAN D. KELLEY, BAR NO. 32527
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on June 28, 2016.

_____

St. Landry Parish Clerk of Court's Office
Filed_____6 - 28____20 16
Cassie Miller
Dy. Clerk

OPELOUSAS, LOUISIANA    4 - 1   16

Cassie Miller

37 948 7265   St Landry Parish Clerk of                    12:14:27 p.m.   06-29-2016        1/2

# CHARLES JAGNEAUX
## ST. LANDRY PARISH-CLERK OF COURT
## P. O. BOX 750
## OPELOUSAS, LA 70570

PHONE: (337)942-5606                    FAX: (337)948-1653

Joseph Jostand
vs
Rolling-Frito-Lay Sales

DOCKET NO. 16 C 1167 B

1st OF __2__ PAGES (Including cover page)

FROM: Abbie Prudhomme

TO: Jack & Truitt

FAX NO: (985) 327-5252

FAXED PLEADING: M/o ext of time ; request for notice
_____ COST: $23.00

ORIGINAL PLEADINGS: Same
_____ COST: $25.00

TOTAL COST: $48.00

COMMENTS: _____

_____

TS 6/29 8
Oc+t 2982
6/29 8

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
#### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
btruitt@truittlaw.com

June 28, 2016

*Via Facsimile (337) 948-1653 and*
*Regular U.S. Mail*
Clerk of Court
27th Judicial District Court
P.O. Box 750
Opelousas, Louisiana 70571-0750

RE:   Joseph Kennedy Sostand
      vs. Family Dollar Stores of Louisiana, Inc.
      27th JDC, Docket No.:16-C1167, "B"
      Our file No. 13-07216
      Claim No.:301537131760001
      DOL: 3/27/2015

Dear Clerk:

Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation. Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/blm
Enclosures
cc: Valex Amos, Jr., Esq. *(Via Facsimile Transmission (337) 291-1948 w/encl.)*

07/01/16 11:27:17
St. Landry Parish Clerk of Court

27ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167

DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER, AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____        _____
                                              DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Family Dollar Stores of Louisiana, Inc., and respectfully moves this Honorable Court for an extension of time of thirty (30) days to file responsive pleadings. Mover respectfully represents that no previous extensions have been requested, and there are no objections to same in the record of this matter.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
RYAN D. KELLEY, BAR NO. 32527
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on June 28, 2016.

St. Landry Parish Clerk of Court's Office
Filed _____ July 1 _____ 20 16
_____ Cassie Miller _____
                Dy. Clerk

07/01/16 11:27:24
St. Landry Parish Clerk of Court

9-1-16

CHLOURAS, LOUISIANA,
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.

Cassie Miller

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167

DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER, AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                        DEPUTY CLERK

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, Family Dollar Stores of Louisiana, Inc., is

granted an additional thirty (30) days time or until the ___5th___ day of ___August___, 2016,

to file responsive pleadings in the above entitled and numbered matter.

Opelousas, Louisiana, this ___5th___ day of ___July___, 2016.

_____
THE HONORABLE A. GERARD CASWELL

**A. Gerard Caswell**

St. Landry Parish Clerk of Court's Office
Filed____July 1____20 16
_____Cassie Miller_____
Dy. Clerk

9-1 16

Cassie Miller

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167                                        DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____        _____
                                              DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., and respectfully requests written notice of the date of trial, as well as written

notice of each rendition by the Court of any judgment, and/or interlocutory order entered in the above

entitled and numbered case pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil

Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
RYAN D. KELLEY, BAR NO. 32527
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on June 28, 2016.

_____

St. Landry Parish Clerk of Court's Office

Filed _July 1_ 20_16_

_Cassie Miller_
Dy. Clerk

9-1 16
Opelousas, Louisiana
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.
_Cassie Miller_
Deputy Clerk of Court

THE TRUITT LAW FIRM
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3233



Mailed
7-5-16

# IRWIN FRITCHIE
## URQUHART & MOORE LLC
### COUNSELORS AT LAW

MATTHEW W. BAILEY
DIRECT DIAL: 225.615.7395
E-MAIL mbailey@irwinllc.com

400 CONVENTION STREET, SUITE 1001
BATON ROUGE, LOUISIANA 70802
TELEPHONE: 225.615.7150
FACSIMILE: 504.310.2101

July 6, 23016

**Via Facsimile (337) 948-1653**

Clerk of Court
27th Judicial District Court
Parish of St. Landry
118 S Court St #37
Opelousas, LA 70570

07/06/16 16:20:24
St. Landry Parish Clerk of Court

Re:   Joseph Kennedy Sostand vs. Rolling Frito-Lay Sales, LP, et al
      27th JDC No.: 16-C1167
      Our File No.: 12058.1

Dear Clerk:

Please find enclosed an Answer to Petition for Damages and Request for Notice which I would appreciate you filing with the court. Under separate cover, I am forwarding to you, within the five day time period allowed by law, a check in the amount of $200.00 to cover this cost and a self-addressed stamped envelope in which I would appreciate you returning a filed stamped copy.

Thank you for your assistance in this matter.

As Always, I remain

Very Truly Yours,

Matthew W. Bailey
mbailey@irwinllc.com
MWB:mt

cc:   Jean Wiley (Via Email – Claim No.: 30153913155-0001)
      Rachel Cosgrove (Via Email – Claim No.: Jj16J0331540)

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.: 16-C1167                    SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____         _____
                                                   DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, come ROLLING FRITO-LAY

SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,

who answer the Petition for Damages as follows:

1.

The allegations contained within paragraph 1 are denied as written.

2.

The allegations contained within paragraph 2 are denied as written.

3.

The allegations contained within paragraph 3 are denied for lack of sufficient

information.

4.

The allegations contained within paragraph 4 are denied for lack of sufficient

information.

5.

The allegations contained within paragraph 5 are denied for lack of sufficient

information.

6.

The allegations contained within paragraph 6 are denied as written.

7.

The allegations contained within paragraph 7 are denied.

8.

The allegations contained within paragraph 8 are denied.

9.

The allegations contained within paragraph 9 are denied for lack of sufficient information.

10.

The allegations contained within paragraph 10 are denied.

11.

The allegations contained within paragraph 11 are denied.

12.

The allegations contained within paragraph 12 are denied.

13.

The allegations contained within paragraph 13 are denied for lack of sufficient information.

14.

The allegations contained within paragraph 14 are denied.

15.

The allegations contained within paragraph 15 are denied.

16.

These defendants admit that ACE American Insurance Company had in full force and effect a certain policy of insurance which policy provided certain coverages in favor of Rolling Frito-Lay Sales, LP, which policy is the best evidence of its own terms, conditions, coverages, limits and exclusions as if copied herein in extenso. All other allegations contained within paragraph 16 are denied.

17.

The allegations contained within paragraph 17 are denied for lack of sufficient information.

18.

If it is shown that Joseph Kennedy Sostand failed to mitigate his damages then these defendants plead same as a bar and/or reduction to his recovery.

2

19.

These defendants affirmatively assert and allege that the incident made the basis of the instant litigation was caused by the sole and/or partial fault of Joseph Kennedy Sostand in the following non-exclusive particulars:

    a)  Failing to see what he should have seen;

    b)  Failing to maintain a proper lookout;

    c)  Creating a hazardous situation; and

    d)  Any and all other acts of negligence which will be proven at the time of the trial of this matter.

20.

ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY pray for and are entitled to a trial by jury.

WHEREFORE, the above premises considered, defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY, pray that their Answer be deemed good and sufficient and that after the lapse of all legal delays and due proceedings be held herein, there be judgment herein in favor of the defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY and against the plaintiff, dismissing his demands with prejudice at plaintiff's costs.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by either e-mail, facsimile, or mailing the same by First Class United States Mail, properly addressed and postage prepaid on this ____ day of ____ 2016.

Matthew W. Bailey

3


9-1 16
Cassie Miller

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.: 16-C1167                    SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____        _____
                                              DEPUTY CLERK

---

## REQUEST FOR NOTICE

Dear Sir:

In accordance with LSA-C.C.P. Article 1572, you are requested to give us notice by mail ten days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

We ask that you file this letter in the record with our pleadings as formal notice of the above requests.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

4


OPELOUSAS, LOUISIANA 9-1 16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.
Cassie Miller
Deputy Clerk of Court

# IRWIN FRITCHIE
## URQUHART & MOORE LLC
—— COUNSELORS AT LAW ——

MATTHEW W. BAILEY
DIRECT DIAL: 225.615.7395
E-MAIL  mbailey@irwinllc.com

400 CONVENTION STREET, SUITE 1001
BATON ROUGE, LOUISIANA 70802
TELEPHONE: 225.615.7150
FACSIMILE: 504.310.2101

July 6, 2016

**Via Facsimile (337) 948-1653**

Clerk of Court
27th Judicial District Court
Parish of St. Landry
118 S Court St #37
Opelousas, LA 70570

Re:   Joseph Kennedy Sostand vs. Rolling Frito-Lay Sales, LP, et al
      27th JDC No.:  16-C1167
      Our File No.:  12058.1

Dear Clerk:

Please find enclosed an Answer to Petition for Damages and Request for Notice which I would appreciate you filing with the court.  Under separate cover, I am forwarding to you, within the five day time period allowed by law, a check in the amount of $200.00 to cover this cost and a self-addressed stamped envelope in which I would appreciate you returning a filed stamped copy.

Thank you for your assistance in this matter.

As Always, I remain

Very Truly Yours,

Matthew W. Bailey
mbailey@irwinllc.com
MWB:mt

cc:   Jean Wiley (Via Email - Claim No.: 30153913155-0001)
      Rachel Cosgrove (Via Email – Claim No.:  Jj16J0331540)

07/12/16 09:22:27
St. Landry Parish Clerk of Court

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.:  16-C1167                                        SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____          _____
                                                                  DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, come ROLLING FRITO-LAY

SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,

who answer the Petition for Damages as follows:

1.

The allegations contained within paragraph 1 are denied as written.

2.

The allegations contained within paragraph 2 are denied as written.

3.

The allegations contained within paragraph 3 are denied for lack of sufficient
information.

4.

The allegations contained within paragraph 4 are denied for lack of sufficient
information.

5.

The allegations contained within paragraph 5 are denied for lack of sufficient
information.

6.

The allegations contained within paragraph 6 are denied as written.

7.

The allegations contained within paragraph 7 are denied.

07/12/16 09:22:33
St. Landry Parish Clerk of Court

8.

The allegations contained within paragraph 8 are denied.

9.

The allegations contained within paragraph 9 are denied for lack of sufficient information.

10.

The allegations contained within paragraph 10 are denied.

11.

The allegations contained within paragraph 11 are denied.

12.

The allegations contained within paragraph 12 are denied.

13.

The allegations contained within paragraph 13 are denied for lack of sufficient information.

14.

The allegations contained within paragraph 14 are denied.

15.

The allegations contained within paragraph 15 are denied.

16.

These defendants admit that ACE American Insurance Company had in full force and effect a certain policy of insurance which policy provided certain coverages in favor of Rolling Frito-Lay Sales, LP, which policy is the best evidence of its own terms, conditions, coverages, limits and exclusions as if copied herein in extenso.  All other allegations contained within paragraph 16 are denied.

17.

The allegations contained within paragraph 17 are denied for lack of sufficient information.

18.

If it is shown that Joseph Kennedy Sostand failed to mitigate his damages then these defendants plead same as a bar and/or reduction to his recovery.

2

19.

These defendants affirmatively assert and allege that the incident made the basis of the instant litigation was caused by the sole and/or partial fault of Joseph Kennedy Sostand in the following non-exclusive particulars:

    a)  Failing to see what he should have seen;

    b)  Failing to maintain a proper lookout;

    c)  Creating a hazardous situation; and

    d)  Any and all other acts of negligence which will be proven at the time of the trial of this matter.

20.

ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY pray for and are entitled to a trial by jury.

WHEREFORE, the above premises considered, defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY, pray that their Answer be deemed good and sufficient and that after the lapse of all legal delays and due proceedings be held herein, there be judgment herein in favor of the defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY and against the plaintiff, dismissing his demands with prejudice at plaintiff's costs.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by either e-mail, facsimile, or mailing the same by First Class United States Mail, properly addressed and postage prepaid on this _10_ day of _____, 2016.

Matthew W. Bailey

St. Landry Parish Clerk of Court's Office
Filed _1 - 12_ 20 _16_

Cassie Miller
Dy. Clerk

3

9-1-16

Cassie Miller

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.:  16-C1167                          SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____          _____
                                                        DEPUTY CLERK

---

## REQUEST FOR NOTICE

Dear Sir:

In accordance with LSA-C.C.P. Article 1572, you are requested to give us notice by mail ten days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

We ask that you file this letter in the record with our pleadings as formal notice of the above requests.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

St. Landry Parish Clerk of Court's Office
Filed    7 - 1 2    20 16
4
Cassie Miller
Dy. Clerk

9 - 1   16

Cassie Miller

IRWIN FRITCHIE
URQUHART & MOORE LLC
COUNSELORS AT LAW
400 Convention Street · Suite 1001
Baton Rouge, Louisiana 70802

Matthew W. Bailey
Irwin Fritchie Urquhart & Moore LLC
400 Convention Street, Suite 1001
Baton Rouge LA 70802-5614





Mailed
7-12-16

# IRWIN FRITCHIE
## URQUHART & MOORE LLC
### ——— COUNSELORS AT LAW ———

MATTHEW W. BAILEY
DIRECT DIAL: 225.615.7395
E-MAIL   mbailey@irwinllc.com

400 CONVENTION STREET, SUITE 1001
BATON ROUGE, LOUISIANA 70802
TELEPHONE: 225.615.7150
FACSIMILE: 504.310.2101

July 6, 2016

**Via Facsimile (337) 948-1653**

Clerk of Court
27th Judicial District Court
Parish of St. Landry
118 S Court St #37
Opelousas, LA 70570

Re:   Joseph Kennedy Sostand vs. Rolling Frito-Lay Sales, LP, et al
      27th JDC No.: 16-C1167
      Our File No.:  12058.1

Dear Clerk:

Please find enclosed an Answer to Petition for Damages and Request for Notice which I would appreciate you filing with the court.  Under separate cover, I am forwarding to you, within the five day time period allowed by law, a check in the amount of $200.00 to cover this cost and a self-addressed stamped envelope in which I would appreciate you returning a filed stamped copy.

Thank you for your assistance in this matter.

As Always, I remain

Very Truly Yours,

Matthew W. Bailey
mbailey@irwinllc.com
MWB:mt

cc:   Jean Wiley (Via Email - Claim No.: 30153913155-0001)
      Rachel Cosgrove (Via Email – Claim No.:  Jj16J0331540)

07/13/16 10:49:36
St. Landry Parish Clerk of Court

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.: 16-C1167                    SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____        _____
                                               DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, come ROLLING FRITO-LAY

SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,

who answer the Petition for Damages as follows:

1.

The allegations contained within paragraph 1 are denied as written.

2.

The allegations contained within paragraph 2 are denied as written.

3.

The allegations contained within paragraph 3 are denied for lack of sufficient
information.

4.

The allegations contained within paragraph 4 are denied for lack of sufficient
information.

5.

The allegations contained within paragraph 5 are denied for lack of sufficient
information.

6.

The allegations contained within paragraph 6 are denied as written.

7.

The allegations contained within paragraph 7 are denied.

8.

The allegations contained within paragraph 8 are denied.

9.

The allegations contained within paragraph 9 are denied for lack of sufficient information.

10.

The allegations contained within paragraph 10 are denied.

11.

The allegations contained within paragraph 11 are denied.

12.

The allegations contained within paragraph 12 are denied.

13.

The allegations contained within paragraph 13 are denied for lack of sufficient information.

14.

The allegations contained within paragraph 14 are denied.

15.

The allegations contained within paragraph 15 are denied.

16.

These defendants admit that ACE American Insurance Company had in full force and effect a certain policy of insurance which policy provided certain coverages in favor of Rolling Frito-Lay Sales, LP, which policy is the best evidence of its own terms, conditions, coverages, limits and exclusions as if copied herein in extenso.  All other allegations contained within paragraph 16 are denied.

17.

The allegations contained within paragraph 17 are denied for lack of sufficient information.

18.

If it is shown that Joseph Kennedy Sostand failed to mitigate his damages then these defendants plead same as a bar and/or reduction to his recovery.

2

19.

These defendants affirmatively assert and allege that the incident made the basis of the instant litigation was caused by the sole and/or partial fault of Joseph Kennedy Sostand in the following non-exclusive particulars:

    a)  Failing to see what he should have seen;

    b)  Failing to maintain a proper lookout;

    c)  Creating a hazardous situation; and

    d)  Any and all other acts of negligence which will be proven at the time of the trial of this matter.

20.

ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY pray for and are entitled to a trial by jury.

WHEREFORE, the above premises considered, defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY, pray that their Answer be deemed good and sufficient and that after the lapse of all legal delays and due proceedings be held herein, there be judgment herein in favor of the defendants, ROLLING FRITO-LAY SALES, LP, LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY and against the plaintiff, dismissing his demands with prejudice at plaintiff's costs.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by either e-mail, facsimile, or mailing the same by first class United States Mail, properly addressed and postage prepaid on this ___ day of ___, 2016.

Matthew W. Bailey

St. Landry Parish Clerk of Court's Office
Filed 7-13 20 16
Cassie Miller
Dy. Clerk

3

OPELOUSAS, LOUISIANA 9-1 16
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.
Cassie Miller
Deputy Clerk of Court

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

CIVIL DOCKET NO.: 16-C1167                                    SECTION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING FRITO-LAY SALES, LP, OLD FRITO-LAY, INC.,
LEE ANTHONY SPEYRER and ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY

FILED: _____          _____
                                                 DEPUTY CLERK

---

## REQUEST FOR NOTICE

Dear Sir:

In accordance with LSA-C.C.P. Article 1572, you are requested to give us notice by mail ten days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

We ask that you file this letter in the record with our pleadings as formal notice of the above requests.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY
Bar Roll No. 21459
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

St. Landry Parish Clerk of Court's Office
Filed____7 - 13____20 16
____Cassie Miller____
          Dy. Clerk

4

OPELOUSAS, LOUISIANA   9-1   16
This is to certify that the above is a true
and correct copy of the original on file in the
office of Clerk of Court of St. Landry Parish.
Cassie Miller
Deputy Clerk of Court

IRWIN FRITCHIE
URQUHART & MOORE LLC
— COUNSELORS AT LAW —
400 POYDRAS STREET • SUITE 2700
NEW ORLEANS, LOUISIANA 70130

Matthew W. Bailey, Esquire
400 Convention Street, Suite 1001
Baton Rouge, LA 70802



Mailed
7-14-16

| Transmission Report | | | | |

Date/Time *    07-25-2016       12:51:00 p.m.      Transmit Header Text
Local ID 1     337 948 7265                        Local Name 1                St Landry Parish Clerk of Court

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

**CHARLES JAGNEAUX**
**ST. LANDRY PARISH-CLERK OF COURT**
**P. O. BOX 750**
**OPELOUSAS, LA 70570**

PHONE: (337)942-5606                                   FAX: (337)948-1653

*Joseph Kennedy Sostand*
vs
*Family Dollar Stores of LA., Inc.*
DOCKET NO. *16-C-1167-B*

1st OF ___1___ PAGES (Including cover page)

FROM: *Clerk of Court - Cassie Miller*
TO: *The Truitt Law Firm*
FAX NO: *985-327-5252*

FAXED PLEADING: *Answer to Petition for*
*Damages, Jury Order* COST: *$27*

ORIGINAL PLEADINGS: _____

_____ COST: *$185*

TOTAL COST: *$212*

COMMENTS: _____

_____

_____

**Total Pages Scanned : 1          Total Pages Confirmed : 1**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 520 | 985 327 5252 | 12:50:21 p.m. 07-25-2016 | 00:00:11 | 1/1 | 1 | EC | HS | CP28800 |

**Abbreviations:**

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

# CHARLES JAGNEAUX
## ST. LANDRY PARISH-CLERK OF COURT
## P. O. BOX 750
## OPELOUSAS, LA 70570

PHONE: (337)942-5606                    FAX: (337)948-1653

Joseph Kennedy Sostand

vs

Family Dollar Stores of LA., Inc.

DOCKET NO. 16-C-1167-B

1ˢᵗ OF ___1___ PAGES (Including cover page)

FROM: Clerk of Court - Cassie Miller

TO: The Truitt Law Firm

FAX NO: 985-327-5252

FAXED PLEADING: Answer to Petition for Damages, Jury Order    COST: $27

ORIGINAL PLEADINGS: _____

_____ COST: $185

TOTAL COST: $212

COMMENTS: _____

_____

_____

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

July 22, 2016

WRITER'S E-MAIL:
btruitt@truittlaw.com

*Via Facsimile (337) 948-1653 and*
*Regular U.S. Mail*
Clerk of Court
27th Judicial District Court
P.O. Box 750
Opelousas, Louisiana 70571-0750

      RE:   Joseph Kennedy Sostand
           vs. Family Dollar Stores of Louisiana, Inc.
           27th JDC, Docket No.:16-C1167, "B"
           Our file No. 13-07216
           Claim No.:301537131760001
           DOL: 3/27/2015

                                07/25/16 12:28:29
                                St. Landry Parish Clerk of Court

Dear Clerk:

    Enclosed please find our Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

    We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

    We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

                              With kindest regards,

                              JACK E. TRUITT

JET/blm
Enclosures
cc: Valex Amos, Jr., Esq. *(Via Facsimile Transmission (337) 291-1948 w/encl.)*

27ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167                                                              DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITOLAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____         _____
                                                            DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant, Family Dollar Stores

of Louisiana, Inc., who respectfully answer the Petition for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 subparagraph (c) of plaintiff's Petition for Damages

are admitted as to the status of Family Dollar Stores of Louisiana, Inc., only. All other allegations

are denied for lack of sufficient information to justify a belief therein

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief therein                    07/25/16 12:28:34
                                                                              St. Landry Parish Clerk of Court

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied.

4.

The allegations contained in Paragraph 4 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

8.

There is no Paragraph 8 to plaintiff's Petition for Damages.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied.

10.

The allegations contained in Paragraph 10 of plaintiff's Petition for Damages are denied.

11.

The allegations contained in Paragraph 11 and subparagraphs (a) through (f) of plaintiff's Petition for Damages are denied.

12.

The allegations contained in Paragraph 12 of plaintiff's Petition for Damages are denied.

13.

The allegations contained in Paragraph 13 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 and subparagraphs (a) through (e) of plaintiff's Petition for Damages are denied.

15.

The allegations contained in Paragraph 15 of plaintiff's Petition for Damages are denied.

16.

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 of plaintiff's Petition for Damages are denied. Family Dollar Stores of Louisiana, Inc. is self-insured.

18.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom

defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby pled in bar to or diminution of any recovery by plaintiff.

19.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of comparative negligence and/or fault of plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

20.

Defendant avers that the alleged damages of plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

21.

Defendant avers that plaintiff has failed to mitigate damages, if any.

22.

Defendant prays for and is entitled to a trial by jury.

**WHEREFORE**, defendant prays that there be judgment herein in their favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
AMBER LEIGH MITCHELL, BAR NO. 28846
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

St. Landry Parish Clerk of Court's Office
Filed 7 - 25 20 16
Cassie Miller
Dy. Clerk

9 - 1 16
Cassie Miller

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on _____July 25_____, 2016.

St. Landry Parish Clerk of Court's Office

Filed_____7 - 25_____20 16

_Cassie Miller_

Dy. Clerk

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C4167                                                 DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITOLAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____        _____
                                        DEPUTY CLERK

## JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734,

*et seq.*, mover, Family Dollar Stores of Louisiana, Inc., shall post a jury bond in the amount of

$_____. The jury bond shall be filed with the Clerk of Court within _____ days prior

to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____,

for the payment of all costs of the trial by jury in the above cause.

Opelousas, Louisiana, this _____ day of _____, 2016.


_____
THE HONORABLE A. GERARD CASWELL


St. Landry Parish Clerk of Court's Office
Filed_____7 - 25_____20 16
*Cassie Miller*
Dy. Clerk

4 - 1   16

*Cassie Miller*



# CHARLES JAGNEAUX
## ST. LANDRY PARISH-CLERK OF COURT
### P. O. BOX 750
### OPELOUSAS, LA 70570

PHONE: (337)942-5606                                    FAX: (337)948-1653

Joseph Kennedy Sostand
                VS
Family Dollar Stores of LA., Inc.

DOCKET NO. 16-C-1167-B

1ˢᵗ OF ___1___ PAGES (Including cover page)

FROM: Clerk of Court - Cassie Miller

TO: The Truitt Law Firm

FAX NO: 985-327-5252

FAXED PLEADING: Answer to Petition for
_____ Damages, Jury Order   COST: $27

ORIGINAL PLEADINGS: _____
_____
                                   COST: $185

                          TOTAL COST: $212

COMMENTS: _____
_____
_____

TS 7/25/8
Ck #3074
7/25 8

# THE TRUITT LAW FIRM

### A LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 327-5266

FACSIMILE:
(985) 327-5252

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
btruitt@truittlaw.com

July 22, 2016

*Via Facsimile (337) 948-1653 and*
*Regular U.S. Mail*
Clerk of Court
27th Judicial District Court
P.O. Box 750
Opelousas, Louisiana 70571-0750

RE:   Joseph Kennedy Sostand
      vs. Family Dollar Stores of Louisiana, Inc.
      27th JDC, Docket No.:16-C1167, "B"
      Our file No. 13-07216
      Claim No.:301537131760001
      DOL: 3/27/2015

Dear Clerk:

Enclosed please find our Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/blm
Enclosures
cc:  Valex Amos, Jr., Esq. *(Via Facsimile Transmission (337) 291-1948 w/encl.)*

07/27/16 10:57:26
St. Landry Parish Clerk of Court

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167                                          DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITOLAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____          _____
                                                     DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Family Dollar Stores of Louisiana, Inc., who respectfully answer the Petition for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 subparagraph (c) of plaintiff's Petition for Damages are admitted as to the status of Family Dollar Stores of Louisiana, Inc., only.  All other allegations are denied for lack of sufficient information to justify a belief therein

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied.

4.

The allegations contained in Paragraph 4 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

8.

There is no Paragraph 8 to plaintiff's Petition for Damages.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied.

10.

The allegations contained in Paragraph 10 of plaintiff's Petition for Damages are denied.

11.

The allegations contained in Paragraph 11 and subparagraphs (a) through (f) of plaintiff's Petition for Damages are denied.

12.

The allegations contained in Paragraph 12 of plaintiff's Petition for Damages are denied.

13.

The allegations contained in Paragraph 13 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 and subparagraphs (a) through (e) of plaintiff's Petition for Damages are denied.

15.

The allegations contained in Paragraph 15 of plaintiff's Petition for Damages are denied.

16.

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 of plaintiff's Petition for Damages are denied. Family Dollar Stores of Louisiana, Inc. is self-insured.

18.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom

defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby pled in bar to or diminution of any recovery by plaintiff.

19.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of comparative negligence and/or fault of plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

20.

Defendant avers that the alleged damages of plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

21.

Defendant avers that plaintiff has failed to mitigate damages, if any.

22.

Defendant prays for and is entitled to a trial by jury.

**WHEREFORE**, defendant prays that there be judgment herein in their favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff.  Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
PAMELA SEEBER CHEHARDY, BAR NO. 23562
ALEXANDRA SCHULTZ, BAR NO. 35556
AMBER LEIGH MITCHELL, BAR NO. 28846
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Family Dollar Stores of Louisiana, Inc.

St. Landry Parish Clerk of Court's Office
Filed_____7 - 27____20 16

_Cassie Miller_
**Dy. Clerk**

OPELOUSAS, LOUISIANA_____20__ 9 - 1   16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.

_Cassie Miller_
Deputy Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on _____, 2016.

_____

St. Landry Parish Clerk of Court's Office
Filed _____7 - 27____, 20 16
_Cassie Miller_
Dy. Clerk

OPELOUSAS, LOUISIANA _____ 9 - 1 _ 16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.
_Cassie Miller_
Deputy Clerk of Court

27th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO: 16-C1167                                          DIVISION "B"

JOSEPH KENNEDY SOSTAND

VERSUS

ROLLING-FRITO-LAY SALES, LP, OLD FRITOLAY, INC.
LEE ANTHONY SPEYRER AND ACE AMERICAN INSURANCE COMPANY,
FAMILY DOLLAR STORES OF LOUISIANA, INC., AND XYZ INSURANCE COMPANY

FILED:_____        _____
                                          DEPUTY CLERK

### JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734,

*et seq.*, mover, Family Dollar Stores of Louisiana, Inc., shall post a jury bond in the amount of

$_____. The jury bond shall be filed with the Clerk of Court within _____ days prior

to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____,

for the payment of all costs of the trial by jury in the above cause.

Opelousas, Louisiana, this _____ day of _____, 2016.

_____
THE HONORABLE A. GERARD CASWELL

CIVIL JURY TRIAL ORDER
T IS ORDERED that there b...
...nd that Mover furnis...
Costs in the amount o:
...ninety(90) days
...ry selection.
1734.1 (A)) Opelousa...

St. Landry Parish Clerk of Court's Office
Filed 1-27 2016
Cassie Miller
Dy. Clerk

CIVIL JURY TRIAL ORDER
IT IS ORDERED that there be trial
by jury and that Mover furnish Cash
Bond for Costs in the amount of
$_____ ninety(90) days
prior to jury selection.
L.CCP Art 1734.1 (A)) Opelousas, LA

A. Gerard Cas...

OPELOUSAS, LOUISIANA 9-1 16
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.
Cassie Miller
Deputy Clerk of Court



**CHARLES JAGNEAUX**
CLERK OF COURT
ST. LANDRY PARISH
P.O. BOX 750
OPELOUSAS, LOUISIANA 70571-0750

**VALEX AMOS, JR**
**VALEX AMOS, JR.**
**2014 W PINHOOK RD, STE 404**
**LAFAYETTE, LA  70508**

**CHARLES JAGNEAUX**
CLERK OF COURT
ST. LANDRY PARISH
P.O. BOX 750
OPELOUSAS, LOUISIANA 70571-0750

**MATTHEW W BAILEY**
**IRWIN FRITCHIE URQUHART & MOOR**
**400 CONVENTION ST STE 1001**
**BATON ROUGE, LA  70802**

mailed
8-1-16