UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH KENNEDY SOSTAND** | **CIVIL ACTION NO. 16-1268** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ROLLING FRITO LAY SALES LP, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is REMANDED to the Twenty-Seventh Judicial District Court, Parish of St. Landry, State of Louisiana.

MONROE, LOUISIANA, this 20th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE